UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-898 JVS (MLGx) | Date | August 21, 2009 |
| Title | AZ3, Inc. v. Illinois Union Insurance Co. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

      AZ3, Inc. ("AZ3") filed this action on August 5, 2009, and asserted jurisdiction on the basis of diversity.  (Complaint, ¶ 3, citing 28 U.S.C. § 1332.)

      A corporation is a citizen of the state of its incorporation and the state where it maintains its principal place of business.  28 U.S.C. § 1331(c)(1).  The Complaint fails to state where AZ3 maintains it principal place of business, and also fails to state for defendant Illinois Union Insurance Company where it is incorporated and maintains its principal place of business. For these reasons, the Court cannot determine whether diversity jurisdiction in fact lies here.

      Within ten days, AZ3 shall file a curative first amended complaint.  **Failure to allege an adequate basis for jurisdiction will result in dismissal of the action.**

| | | 0 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | kjt | | |